■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON JOHNSON, Appellant. [937 NYS2d 886]

Under the particular circumstances of this case, the defendant's waiver of the right to appeal does not foreclose his right to challenge the sentence ultimately imposed (*see People v Banchs*, 22 AD3d 595 [2005]; *People v Eldridge*, 8 AD3d 294, 295 [2004]). Nevertheless, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, A.P.J., Dillon, Eng, Lott and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOVAN JONES, Appellant. [937 NYS2d 862]

The defendant's contention that his plea of guilty was not knowing, voluntary, and intelligent is unpreserved for appellate review, since he did not move to withdraw the plea on that ground (*see* CPL 470.05 [2]; *People v Toxey*, 86 NY2d 725, 726 [1995]; *People v Carr*, 89 AD3d 1033 [2011]). In any event, the defendant's plea of guilty was entered knowingly, voluntarily, and intelligently (*see People v Harris*, 61 NY2d 9, 16 [1983]; *People v Jones*, 183 AD2d 918 [1992]). Angiolillo, J.P., Dickerson, Austin and Cohen, JJ., concur.